UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 5:16-HC-2033-D** |
| | ) | |
| | ) | |
| CORY SPENCER MISRAJE, | ) | |
| | ) | |
| Respondent. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the United States has proven that Misraje is a sexually dangerous person as defined in the Adam Walsh Act. Accordingly, judgment shall be entered in favor of petitioner, the United States, and against respondent, Cory Spencer Misraje. Misraje is hereby committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4248.

**This Judgment Filed and Entered on September 26, 2017, and Copies To:**

| | |
|---|---|
| Christopher M. Anderson | (via CM/ECF electronic notification) |
| Matthew Lee Fesak | (via CM/ECF electronic notification) |
| Michael E. Lockridge | (via CM/ECF electronic notification) |
| G. Norman Acker, III | (via CM/ECF electronic notification) |
| John Keating Wiles | (via CM/ECF electronic notification) |

DATE:                                              PETER A. MOORE, JR., CLERK

September 26, 2017                          (By)  /s/ Nicole Briggeman
                                                        Deputy Clerk